# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 21, 2014

## NO. 03-12-00837-CR

**Shaun David Samuelson, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 427TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE ROSE

This is an appeal from the judgment entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.